UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| TOMMY EUGENE KRUEGER, Plaintiff, vs. STEVE SWANSTROM, Defendant. | 4:23-CV-04078-KES JUDGMENT |

Pursuant to the Order Granting Plaintiff's Motion for Leave to Proceed in Forma Pauperis and 1915 Screening for Dismissal, it is

ORDERED, ADJUDGED, AND DECREED that plaintiff's complaint (Docket 1) is dismissed without prejudice.

Dated July 12, 2023.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE